# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SKYEANN GIGLIO,<br>  Plaintiff(s),<br>v.<br>STATE FARM MUTUAL AUTO INSURANCE COMPANY,<br>  Defendant(s). | Case No.: 2:18-cv-00948-KJD-NJK<br><br>**Order**<br><br>[Docket No. 9] |

Defendant filed a notice of the Rule 26(f) conference. Docket No. 9. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** Docket No. 9, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: June 27, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1